In the Matter of the Claim of HAROLD B. JESSUP, Respondent, against G. P. WRIGLEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Whitmyer and Hasbrouck, JJ., concur; Davis and Hill, JJ., concur on the ground that the admission of the employer is that the employee was injured in his regular occupation while he was on his way home, and was struck and killed in the street by an automobile or street car; and the Board as the trier of fact could accept that admission in determining the question as to whether the accident arose out of and in the course of the employment. (See Levy v. D., L. & W. R. R. Co., 211 App. Div. 503, 505.)

In the Matter of the Claim of MARTHA C. JOHNSTON, Respondent, against REMINGTON CASH REGISTER CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MATHILDE KRAMBECK, Respondent, against ESTATE OF MARTEN SCHMIDT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take legal proof of the dependency of the mother for the year preceding the death of Thompson, and to furnish documentary proof properly authenticated. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of BENJAMIN J. KELLY, Respondent, against KNIGHTS OF COLUMBUS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM KOHN, Respondent, against THE AMERICAN BRASS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM KEISER, Respondent, against P. N. CARLL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the finding of earning capacity is not supported by the proof. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.